DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY S. FRIEDLANDER,** as Personal Representative of
the Estate of **BURTON GLEN FRIEDLANDER,** et al.,,
Appellant,

v.

**STEVEN FRIEDLANDER,**
Appellee.

No. 4D18-2516

[April 18, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2016-CP-003027-XXXX-SB.

James A. Herb of Herb Law Firm, Boca Raton, for appellant.

Alexandra Valdes and Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER, J., and METZGER, ELIZABETH A., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***